

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2018

No. 04-18-00237-CR

Flanzo Lafonte **TOWNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0764
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On July 27, 2018, appellant filed a pro se Motion to Compel asking us to "compel and enforce" our order dated July 5, 2018 in which we ordered the trial court clerk to supplement the appellate record. On July 25, 2018, the trial court clerk supplemented the appellate record, and the clerk of this court forwarded a copy of the supplemental clerk's record to appellant. Accordingly, appellant's Motion to Compel is **DENIED AS MOOT**.

Also on July 27, 2018, appellant filed a pro se Motion for Temporary Order and Injunction requesting additional access to the Bexar County Jail Law Library. Appellant's Motion for Temporary Order and Injunction is **DENIED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2018.



Keith E. Hottle
Clerk of Court